# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| STATE OF WASHINGTON, | No. 59748-9-II |
| Respondent, | |
| v. | |
| ANTHONY CLEMENS COSSMAN, | UNPUBLISHED OPINION |
| Appellant. | |

PRICE, J. — This case raises precisely the same legal issues resolved in our recent decision, *State v. Lockhart*, No. 59738-1, slip op. (Wash. June 3, 2025), https://www.courts.wa.gov/opinions/pdf/D2%2059738-1-II%20Published%20Opinion.pdf. We follow that decision here and affirm.

This case and *Lockhart* share a similar factual background. Following his arrest for criminal charges, Anthony C. Cossman showed signs that he might not be competent to stand trial. The superior court eventually ordered that he undergo competency restoration services from the Department of Social and Health Services (DSHS) pursuant to chapter 10.77 RCW. DSHS, however, was unable to admit him to Western State Hospital for services within the timeframe ordered by the superior court. Just like the appellant in *Lockhart*, Cossman moved for contempt and requested sanctions against DSHS.

The motions for contempt for both this case and *Lockhart* were nearly identical and were heard by the superior court on the same day, at the same time, and from the same lawyers. For both cases, the superior court found DSHS in contempt, but refused to impose sanctions on the

No. 59748-9-II

same grounds. Cossman appealed, making the same arguments as made by the appellant in *Lockhart*.

On June 3, 2025, we affirmed the superior court in *Lockhart*. *Lockhart*, slip op. at 17-18. Because the legal and factual issues are the same here, we follow our decision in *Lockhart* and affirm.

A majority of the panel having determined that this opinion will not be printed in the Washington Appellate Reports, but will be filed for public record in accordance with RCW 2.06.040, it is so ordered.

PRICE, J.

We concur:

MAXA, P.J.

CHE, J.

2